IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

DAVID E. WAYS,

    Plaintiff;

v.                        CASE NO.: 12 CA 05622

IAIN S. ROACHE, CHARLES MELVIN,
ABRAXAS PARTNERS, LLP, DOMAIN
CAPITAL, LLP, FAMOUS FOUR MEDIA
LIMITED, and DOMAIN VENTURE
PARTNERS PCC LIMITED;

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in the above-styled cause upon the Defendant:

    FAMOUS FOUR MEDIA LIMITED
    28 IRISH TOWN
    GIBRALTAR

    Said Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, whose name and address is:

    JOSEPH M. HERBERT, ESQ.
    ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.
    2033 MAIN STREET, SUITE 600
    SARASOTA, FLORIDA 34237
    (941) 366-8100

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

    WITNESS my hand and the seal of this Court on 8/22 2012.

R.B. SHORE
CLERK OF CIRCUIT COURT

(COURT SEAL)

BY: SONYA AGURS
      Deputy Clerk

*If you cannot afford an attorney, contact Gulfcoast Legal Services at (941) 366-1746 or www.gulfcoastlegal.org, or Legal Aid of Manasota at (941) 366-0038 or www.legalaidofmanasota.org. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book) or contact the Florida Bar Lawyer Referral Service at (800) 342-8011.*

*If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941) 861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.*

**Registered No.** RB 725 940 621 US

**Date Stamp:** DOWNTOWN CPU, AUG 27 2012, SARASOTA FL

### To Be Completed By Post Office

| | |
|---|---|
| Reg. Fee | 11.75 |
| Handling Charge | |
| Postage | 1.35 |
| Return Receipt | 2.35 |
| Restricted Delivery | |
| Received by | [signature] |
| Customer Must Declare Full Value $ | 0.00 |

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

### To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

**FROM:**
ICARD MERRILL
2033 MAIN ST
SUITE 600
SARASOTA FL 34237

9418JM#/kn

**TO:**
ABRAXAS PARTNERS, LLP
28 IRISH TOWN
GIBRALTAR

PS Form 3806, May 2004 (7530-02-000-9051)  **Receipt for Registered Mail**   *Copy 1 - Customer*
For domestic delivery information, visit our website at www.usps.com ® *(See Information on Reverse)*

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

DAVID E. WAYS,

    Plaintiff;

v.

CASE NO.: 2012 CA 005622 NC

IAIN S. ROACHE, CHARLES MELVIN,
ABRAXAS PARTNERS, LLP, DOMAIN
CAPITAL, LLP, FAMOUS FOUR MEDIA
LIMITED, and DOMAIN VENTURE
PARTNERS PCC LIMITED;

    Defendants.

_____/

### PLAINTIFF'S DESIGNATION OF ELECTRONIC MAIL ADDRESSES AND REQUEST FOR DESIGNATION OF ELECTRONIC MAIL ADDRESSES

COMES NOW Plaintiff, DAVID E. WAYS, by and through undersigned counsel and pursuant to the Florida Supreme Court's Amendment to the Florida Rules of Civil Procedure No. SC10-2101, hereby designates undersigned counsel's primary electronic mail address and a secondary electronic mail address for this matter, and respectfully requests all other counsel provide a primary electronic mail address and secondary electronic mail address for this matter (if not designated previously), so that all attorneys may comply with the Florida Supreme Court's Amendment to the Florida Rules of Civil Procedure.

    Primary Electronic Mail Address:        jherbert@icardmerrill.com

    Secondary Electronic Mail Address:      kmcilvenny@icardmerrill.com

September 7, 2012

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
(941) 366-8100 Telephone
(941) 366-6384 Facsimile

_____
JOSEPH M. HERBERT, ESQ.
Florida Bar No. 84260
jherbert@icardmerrill.com

FILED FOR RECORD
R.B. SHORE
2012 SEP 10 PM 4: 04
CLERK OF THE CIRCUIT COURT
MANATEE CO. FLORIDA

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

David E. Ways,

          Plaintiff,

v.

IAIN S. ROACHE, CHARLES MELVIN,     CASE NO.: 12-CA-05622
ABRAXAS PARTNERS, LLP, DOMAIN
CAPITAL, LLP, FAMOUS FOUR MEDIA
LIMITED, and DOMAIN VENTURE
PARTNERS PCC LIMITED;

          Defendants.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned file their appearance on behalf of the Defendants, Iain S. Roache, Charles Melvin, Famous Four Media Limited, and Domain Venture Partners PCC Limited, in this case, and request that all further pleadings, correspondence or any other documents filed in this matter be served upon them at the address and email address shown.

BURR & FORMAN LLP
William J. Schifino, Jr.
Florida Bar No. 564338
Email: wschifino@burr.com
Daniel P. Dietrich
Florida Bar No. 934461
Email: ddietrich@burr.com
Alexandra Haddad
Florida Bar No. 98524

Email: ahaddad@burr.com
One Tampa City Center
201 North Franklin Street
Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335

**Attorneys for Defendants Iain S. Roache, Charles Melvin, Famous Four Media Limited, and Domain Venture Partners PCC Limited.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2012, a true and correct copy was furnished via U.S. Mail and electronic mail to Mr. Joseph M. Herbert, Esq., Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, FL 34237, jherbert@icardmerrill.com.

2