IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID E. WAYS,

    Plaintiff,

v.

IAIN S. ROACHE, CHARLES MELVIN,
ABRAXAS PARTNERS, LLP, DOMAIN
CAPITAL, LLP, FAMOUS FOUR
MEDIA LIMITED, and DOMAIN
VENTURE PARTNERS PCC LIMITED,

    Defendants.
_____/

Civil Action No.: 8:12-cv-02404-RAL-TGW

## DECLARATION OF IAIN S. ROACHE

I, Iain S. Roache, pursuant to 28 U.S.C. §1746, make the following declaration under penalty of perjury, and declare the statements made are true, and state:

1. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration.

2. I submit this declaration in support of the Notice of Removal [Dkt. 1].

3. I am the Chairman of Domain Venture Partners PCC Limited, which is located on the 2nd Floor, Leisure Island Business Centre in Ocean Village, Gibraltar.

4. The above-captioned lawsuit names Abraxas Partners, LLP and Domain Capital, LLP as defendants, and states that each is established under the laws of the United Kingdom.

5. I am not affiliated or associated with Abraxas Partners, LLP. To my knowledge, Abraxas Partners, LLP does not exist. Attached as **Exhibit A** to this

declaration is a copy of the pages from the United Kingdom's Companies House website, which is the United Kingdom's clearing house and registry of corporate entities. The plaintiff David Ways acknowledges the same in paragraph 17 of the complaint. Exhibit A confirms that there is not an entity established in the United Kingdom named Abraxas Partners, LLP.

6. I am not affiliated or associated with Domain Capital, LLP. To my knowledge, Domain Capital, LLP does not exist. The plaintiff David Ways acknowledges this in paragraph 18 of the complaint, where he states that "Domain Capital, LLP is a fictitious company that never existed." Attached as **Exhibit B** to this declaration is a copy of the pages from the United Kingdom's Companies House website. Exhibit B confirms that there is not an entity established in the United Kingdom named Domain Capital, LLP.

7. Since Abraxas Partners, LLP and Domain Capital, LLP do not exist, they cannot join in, or consent to, the Notice of Removal. For the reasons explained above, and in the Notice of Removal, I respectfully request that this Court grant removal.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Iain S. Roache

Executed on October 31, 2012.

Location: Ocean Village, Gibraltar