**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DAVID E. WAYS, *et al.*,

    Plaintiffs,

v.                                                  CASE NO: 8:12-cv-2404-T-26TGW

IAIN S. ROACHE, *et al.*,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of Plaintiffs' status report on service of process filed at docket 28, it is **ORDERED AND ADJUDGED** that Plaintiffs shall file another status report with the Court no later than **August 15, 2013**, with regard to their efforts to effect service of process on the foreign Defendants.

**DONE AND ORDERED** at Tampa, Florida, on May 13, 2013.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record