IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID E. WAYS, DANNY K.
BRANDT, GARY WARNER,
THOMAS TURNER, ANTONIO
D'AMICO, and RALPH MYERS,

    Plaintiff,

v.

IAIN S. ROACHE, CHARLES MELVIN,
ABRAXAS PARTNERS, LLP, DOMAIN
CAPITAL, LLP, FAMOUS FOUR MEDIA
LIMITED, and DOMAIN VENTURE
PARTNERS PCC LIMITED,

    Defendants.
_____/

Civil Action No.: 8:12-cv-02404-RAL-TGW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedures, Plaintiffs DAVID E. WAYS, DANNY K. BRANDT, GARY WARNER, THOMAS TURNER, ANTONIO D'AMICO, and RALPH MYERS, and Defendants IAIN S. ROACHE, CHARLES MELVIN, FAMOUS FOUR MEDIA LIMITED, and DOMAIN VENTURE PARTNERS PCC LIMITED, hereby stipulate and agree that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

SIGNATURES ON NEXT PAGE

1

Date: August 16, 2013

BURR & FORMAN LLP

/s/ Daniel P. Dietrich
William J. Schifino, Jr.
 Florida Bar No. 564338
Daniel P. Dietrich
 Florida Bar No. 934461
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
wschifino@burr.com
ddietrich@burr.com

Attorneys for Defendants

ICARD, MERRILL, CULLIS, TIMM,
FUREN, & GINSBURG, P.A.

/s/ Joseph M. Herbert
Joseph M. Herbert
 Florida Bar No.:
2033 Main Street, Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Facsimile: (941) 366-6384
jherbert@icardmerrill.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2013 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I will mail the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants that have made an appearance.

/s/ Joseph M. Herbert
Joseph M. Herbert

2