## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DAVID E. WAYS, DANNY K. BRANDT, GARY WARNER, THOMAS TURNER, ANTONIO D'AMICO, and RALPH MYERS<br><br>    Plaintiff,<br><br>v.<br><br>IAIN S. ROACHE, CHARLES MELVIN, ABRAXAS PARTNERS, LLP, DOMAIN CAPITAL, LLP, FAMOUS FOUR MEDIA LIMITED, and DOMAIN VENTURE PARTNERS PCC LIMITED;<br><br>    Defendants. | Case No.: 8:12-cv-02404-RAL-TGW |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 4l(a)(l)(A)(ii), Federal Rules of Civil Procedures, Plaintiffs DAVID E. WAYS, DANNY K. BRANDT, GARY WARNER, THOMAS TURNER, ANTONIO D'AMICO, and RALPH MYERS, hereby agree that this action is dismissed with prejudice as it relates to Defendants ABRAXAS PARTNERS, LLP and DOMAIN CAPITAL, LLP. Each party shall bear its own attorneys' fees, costs, and expenses.

Date: August _____ 2013

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August _____ 2013 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I will mail the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants that have made an appearance.

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida  34237
(941) 366-8100 Telephone
(941) 366-6384 Facsimile

*/s/ Joseph M. Herbert*
JOSEPH M. HERBERT, ESQ.
Florida Bar No. 84260
jherbert@icardmerrill.com